*AUGUST 4, 1965*

**No. 69503.**—Victor B. Handal & Bro., Inc. *v.* United States, protest 64/10353. Protest abandoned May 26, 1965. (Not published.) Plaintiff's application for rehearing granted.

**No. 69504.**—Humble Oil & Refining Company *v.* United States, protest 63/6545. Protest abandoned June 16, 1965. (Not published.) Plaintiff's application for rehearing granted.

BEFORE THE THIRD DIVISION, AUGUST 9, 1965

**No. 69505.**—H. H. Elder & Co. and Forest Lawn Co. *v.* United States, protests 63/10097, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of original sculptures similar in all material respects to those the subject of *H. H. Elder & Co.* and *Forest Lawn Co.* v. *United States* (53 Cust. Ct. 116, C.D. 2481), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 11, 1965

**No. 69506.**—J. C. De Jong & Co., Inc. *v.* United States, protest 64/5186 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.